```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 23967
   THOMAS E SLATER
                                               CHAPTER 13

                                               JUDGE: MANUEL BARBOSA

        Debtor
     SSN XXX-XX-6302


----------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 12/20/07 .

     2.   The case was dismissed without confirmation, 05/22/2008.

     3.   The Debtor paid a total of $    1436.00 .


----------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
----------------------------------------------------------------------------------
FIFTH THIRD BANK           CURRENT MORTG           .00           .00            .00
FIFTH THIRD BANK           MORTGAGE ARRE    NOT FILED            .00            .00
FIFTH THIRD BANK           SECURED                 .00           .00            .00
FIFTH THIRD BANK           MORTGAGE ARRE    NOT FILED            .00            .00
COUNTRY HOMES AT KIMBALL   SECURED                 .00           .00        1196.20
INTERNAL REVENUE SERVICE   PRIORITY         NOT FILED            .00            .00
CHASE BANK USA             UNSECURED        NOT FILED            .00            .00
DISCOVER BANK              UNSECURED        NOT FILED            .00            .00
DISCOVER BANK              UNSECURED        NOT FILED            .00            .00
FINANCIAL ASSET MGMT       UNSECURED        NOT FILED            .00            .00
HSBC                       UNSECURED        NOT FILED            .00            .00
TONI LEVINE MD             UNSECURED        NOT FILED            .00            .00
NW SUBURBAN IMAGING CONS   UNSECURED        NOT FILED            .00            .00
PROVENA ST THERESE MEDIC   UNSECURED        NOT FILED            .00            .00
SHERMAN HOSPITAL           UNSECURED        NOT FILED            .00            .00
SURGERY GROUP              UNSECURED        NOT FILED            .00            .00
UNITED ANESTHESIA ASSOC    UNSECURED        NOT FILED            .00            .00
US BANK                    UNSECURED        NOT FILED            .00            .00
          Summary of disbursements:
----------------------------------------------------------------------------------
                    SECURED      PRIORITY   UNSECURED       OTHER         TOTAL

TOTAL CLMS ALLOWED       .00          .00         .00          .00           .00
PRINCIPAL PAID       1196.20          .00         .00          .00       1196.20
INTEREST PAID            .00          .00         .00          .00           .00
TOTAL PAID           1196.20          .00         .00          .00       1196.20
The Debtor's attorney, THOMAS W BYRNES              , was allowed $        .00
and was paid $       .00 .

The Trustee received $      73.65 .

Refunds to the Debtor totaled $     166.15 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 09/10/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

                              PAGE   2
        CASE NO. 07 B 23967 THOMAS E SLATER